**633 WEST 5TH STREET   SUITE 3600   LOS ANGELES   CALIFORNIA   90071-2091**

**JENNER&BLOCK** LLP

August 5, 2016

Kenneth K. Lee
Tel +1 213 239 5152
klee@jenner.com

## VIA E-MAIL AND U.S. MAIL

Craig L. Briskin
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Email: cbriskin@findjustice.com

Michael Robert Reese
Reese LLP
100 West 93rd Street, 16th floor
New York, NY 10025
Email: mreese@reesellp.com

William D. Thanhauser
Center for Science in the Public Interest
1220 L Street, NW, Suite 300
Washington, DC 20005
Email: wthanhauser@cspinet.org

Re:   *Mantikas v. Kellogg Company*, Case No. 2:16-cv-02552-SJF-AYS

Dear Counsel:

     We represent Defendant Kellogg Company in the above referenced matter.  Pursuant to Judge Feuerstein's Individual Motion Practices, we enclose the following documents in support of Kellogg's Motion to Dismiss:

- Notice of Motion to Dismiss Plaintiff's Complaint;
- Memorandum of Law in Support of Motion to Dismiss;
- Declaration of Kenneth K. Lee in Support of Motion to Dismiss.

     A copy of this letter will be filed electronically and mailed to the Court clerk.

     Respectfully yours,

     /s/ Kenneth K. Lee
     Kenneth K. Lee