UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN MANTIKAS, KRISTIN BURNS, and LINDA CASTLE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY,<br><br>  Defendant. | Case No. 2:16-cv-02552-SJF-AYS<br><br>Hon. Sandra J. Feuerstein<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT PURSUANT TO RULE 12(b)(6)** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law submitted herewith, the undersigned attorneys for Defendant Kellogg Company ("Kellogg") shall move this Court, before the Honorable Sandra J. Feuerstein, United States District Court Judge for the Eastern District of New York, at the Long Island Courthouse located at 100 Federal Plaza, Central Islip, NY 11722, for an Order dismissing the Class Action Complaint of Plaintiffs Kristen Mantikas, Kristin Burns, and Linda Castle (collectively, "Plaintiffs") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that the Complaint fails to state a claim upon which relief can be granted.

1

Dated:  August 5, 2016            Respectfully submitted,

           JENNER & BLOCK LLP

By:___/s/ Kenneth K. Lee _____
Kenneth K. Lee (NY Reg. No. 4056750)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
E-mail: klee@jenner.com

Dean N. Panos (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
E-mail: dpanos@jenner.com

Attorneys for Defendant
KELLOGG COMPANY