UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN MANTIKAS, KRISTIN BURNS, and LINDA CASTLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY,<br><br>    Defendant. | Case No. 2:16-cv-02552-SJF-AYS<br><br>Hon. Sandra J. Feuerstein |

# **DECLARATION OF KENNETH K. LEE IN SUPPORT OF**

# **DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

**JENNER & BLOCK LLP**

Kenneth K. Lee (NY Reg. No. 4056750)
klee@jenner.com
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel.: 213 239-5100
Fax: 213 239-5199

*-and-*

Dean N. Panos (admitted *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant*
Kellogg Company

## DECLARATION OF KENNETH K. LEE

I, Kenneth K. Lee, declare as follows:

1. I am an attorney in the Los Angeles office of Jenner & Block LLP, counsel in this action for Defendant, Kellogg Company. If called to testify, I would and could testify with personal knowledge as to all of the following.

2. Attached hereto as Exhibit A is a true and correct image of the front and side panels of a Cheez-It Whole Grain product package purchased from Ralphs grocery store, located at 645 West 9th St., Los Angeles, CA 90015, on July 21, 2016.

Executed in Los Angeles, California on August 5, 2016.

/s/ Kenneth K. Lee_____
By: Kenneth K. Lee

# Exhibit A






# CHEEZ-IT®

baked snack crackers

MADE WITH WHOLE GRAIN

made with 100% REAL CHEESE

NET WT 12.4 OZ (351g)

MADE WITH 8g OF WHOLE GRAIN PER SERVING

150 CALORIES | 1.5g SAT FAT 8% DV | 230mg SODIUM 10% DV | 0g SUGARS

PER 26 CRACKERS

## CHEEZ-IT®
baked snack crackers

MADE WITH WHOLE GRAIN

**Nutrition Facts**
Serving Size 26 Crackers (29g)
Servings Per Container About 12

| Amount Per Serving | |
|---|---|
| **Calories** 150 | Calories from Fat 70 |
| | **% Daily Value*** |
| **Total Fat** 8g | 12% |
| Saturated Fat 1.5g | 8% |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 3.5g | |
| Monounsaturated Fat 2g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 230mg | 10% |
| **Total Carbohydrate** 17g | 6% |
| Dietary Fiber 1g | 5% |
| Sugars 0g | |
| **Protein** 3g | |

Vitamin A 0% • Vitamin C 0% • Calcium 2% • Iron 6%

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram: Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:** ENRICHED FLOUR (WHEAT FLOUR, NIACIN, REDUCED IRON, VITAMIN B₁ [THIAMIN MONONITRATE], VITAMIN B₂ [RIBOFLAVIN], FOLIC ACID), WHOLE WHEAT FLOUR, SOYBEAN AND PALM OIL WITH TBHQ FOR FRESHNESS, SKIM MILK CHEESE (SKIM MILK, WHEY PROTEIN, CHEESE CULTURES, SALT, ENZYMES, ANNATTO EXTRACT FOR COLOR), CONTAINS TWO PERCENT OR LESS OF SALT, PAPRIKA, YEAST, PAPRIKA OLEORESIN FOR COLOR, SOY LECITHIN.

**CONTAINS WHEAT, MILK AND SOY INGREDIENTS.**

Distributed by Sunshine Biscuits, LLC, Elmhurst, IL 60126
®, TM, © 2016 Kellogg NA Co.

Questions or Comments?
Visit: Cheez-It.com
Call: 1-877-453-5837
(Se Habla Español)
PROVIDE PRODUCTION CODE ON PACKAGE.

ENLARGED TO SHOW DETAIL