# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN MANTIKAS, KRISTIN BURNS, and LINDA CASTLE, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>KELLOGG COMPANY,<br><br>              Defendant. | No. 2:16-cv-2552-SJF-AYS<br><br>Hon. Sandra J. Feuerstein |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Kristen Mantikas, Kristin Burns and Linda Castle hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting Defendant's Motion to Dismiss dated May 31, 2017 (ECF No. 26).

Plaintiffs disclaim any intent to amend their complaint in response to the Court's Order, thus rendering the Court's order final and appealable. *See Slayton v. Am. Express Co.,* 460 F.3d 215 (2d Cir. 2006); *Connecticut Nat'l Bank v. Fluor*, 808 F.2d 957, 960 (2d Cir. 1987) (written disclaimer of intent to amend in record on appeal cures non-final character of judgment from which appeal has been taken).

Dated:  June 26, 2017

                                                                                         By:  */s Craig L. Briskin*

                                                                                **MEHRI & SKALET, PLLC**
                                                                                *cbriskin@findjustice.com*
                                                                                1250 Connecticut Avenue,
                                                                                Northwest, Suite 300
                                                                                 Washington, DC  20036
                                                                                 Telephone: (202) 822-5100

2

**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500

**CENTER FOR SCIENCE
IN THE PUBLIC INTEREST**
Maia Kats (admitted *pro hac vice*)
*mkats@cspinet.org*
1220 L Street, Northwest, Suite 300
Washington, DC 20005
Telephone: (202) 777-8381

*Counsel for Plaintiffs*